# PERKINSCOIe

1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

T. +1.212.262.6900
F. +1.212.977.1649
PerkinsCoie.com

March 10, 2022

Edwin M. Baum
EBaum@perkinscoie.com
D. +1.212.261.6878
F. +1.212.399.8007

**VIA ECF**

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 1106
New York, NY 10007

Re:  *Access Business Group International, LLC et al v. Refresco Beverages US Inc.*, No. 1:21-cv-10779-LGS.

Dear Judge Schofield:

We represent Defendant Refresco Beverages US Inc. ("Refresco") in the above-captioned matter. We write pursuant to Local Rules 7.1(d) and 5.2(b) and Your Honor's Individual Rule B.2 to respectfully request a brief adjournment of the initial conference scheduled for March 16, 2022 at 4:30 pm. Counsel for Plaintiff, Edward J. Bardelli, consents to this request for an adjournment.

Counsel for Refresco will be out of town on a personal matter in a different time zone when the initial conference is scheduled to take place. We therefore respectfully ask the Court to postpone the initial conference until substantially the same or a similar time (4:30 pm) any day the following week, or thereafter, that suits the Court's convenience. There have been no prior requests for an adjournment of this conference.

Respectfully,

Edwin M. Baum

cc: Edward Bardelli (Counsel for Plaintiff) via email and ECF

---

The application for an adjournment is **GRANTED**. The initial pretrial conference scheduled for March 16, 2022, is **adjourned** to **March 23, 2022**, at **4:30 p.m.**, on the following conference line: 888-363-4749, access code: 558-3333. By **March 16, 2022**, the parties shall re-file the proposed case management plan and joint letter. The Clerk of Court is respectfully directed to close the motion at Docket No. 14.

Dated: March 11, 2022
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE