```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
ACCESS BUSINESS GROUP                                        :
INTERNATIONAL, LLC et al.,                                   :
                                                             :     21 Civ. 10779 (LGS)
                                  Plaintiffs,                :
                                                             :            ORDER
                       -against-                             :
                                                             :
REFRESCO BEVERAGES US INC.,                                  :
                                                             :
                                  Defendant.                 :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an initial pretrial conference was held in this action on March 23, 2022. For the reasons discussed at the conference, it is hereby

**ORDERED** that by **April 1, 2022**, the parties shall submit a joint letter providing (1) an update on the status of the parties' retention of a private mediator and (2) proposed deadlines by which the parties will submit a proposed ESI protocol and proposed protective order.

Dated: March 23, 2022
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE