UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                :
ACCESS BUSINESS GROUP  :
INTERNATIONAL, LLC, et al.,  :
                           Plaintiffs,  :    21 Civ. 10779 (LGS)
                :
           -against-         :        ORDER
                :
REFRESCO BEVERAGES US INC.,  :
                         Defendant.  :
                :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a pre-motion conference is scheduled for February 15, 2023, at 4:30 P.M. It is hereby

ORDERED that the pre-motion conference is **adjourned** to **February 22, 2023, at 4:00 P.M.** on the following conference line: 888-363-4749, access code: 558-3333. If no pre-motion letter is timely filed, the conference will be canceled and the matter placed on the Court's trial-ready calendar.

Dated: January 25, 2023
       New York, New York

                                              LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE