UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
ACCESS BUSINESS GROUP INTERNATIONAL, LLC, et al.,
                              Plaintiffs,

              -against-

REFRESCO BEVERAGES US INC.,
                              Defendant.
------------------------------------------------------------------ X

21 Civ. 10779 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a pre-motion conference is scheduled for February 22, 2023, at 4:00 P.M.  It is hereby

      **ORDERED** that the conference scheduled for February 22, 2023, at 4:00 P.M., is **adjourned** to **February 22, 2023, at 4:15 P.M.**, on the following conference line: 888-363-4749, access code: 558-3333.

Dated: February 22, 2023
       New York, New York

                                                **LORNA G. SCHOFIELD**
                                         **UNITED STATES DISTRICT JUDGE**