UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ACCESS BUSINESS GROUP INTERNATIONAL, LLC, et al., <br><br>       Plaintiffs, <br><br>  -against- <br><br> REFRESCO BEVERAGES US INC., <br><br>       Defendant. | 21-cv-10779 (AS) <br><br> <u>ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

  In their August 22, 2023, joint letter (Dkt. 89), the parties request that the Court extend the deadline for filing motions to exclude testimony of experts and provide guidance to both parties regarding a deadline for such motions. For future requests to the Court, the parties are instructed to follow this Court's practices, which require the parties to file motions or letter-motions, not letters, if seeking relief.

  Motions to exclude expert testimony will be due by **September 13, 2023**, at 5:00 p.m. Responses will be due **September 27, 2023**, at 5:00 p.m. Replies will be due **October 4, 2023**, at 5:00 p.m. Each side may file one motion to exclude expert testimony (not one for each expert) and memoranda of law should adhere to the page limits specified in the Court's Individual Practices for motions other than for summary judgment.

If an expert's testimony is relevant to the grant or denial of summary judgment, a party seeking exclusion of that expert's testimony should note its plans to seek exclusion in its summary judgment briefing.

SO ORDERED.

Dated: August 24, 2023
       New York, New York

                                        ARUN SUBRAMANIAN
                                        United States District Judge